AO 91 (Rev. 02/09) Criminal Complaint        *Felony*                    United States District Court
                                                                          Southern District of Texas
                                                                          FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

AUG 1 5 2014

David J. Bradley, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| 1. Miguel ECHEVARRIA-Guizar | ) Case No. B-14-755-MJ |
| 2. Miguel ECHEVARRIA-Zuniga | ) |
| 3. Israel SANTIAGO-Guzman | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __August 14, 2014__ in the county of __Willacy__ in the __Southern__ District of __Texas__, the defendant violated __8 USC 1324__,

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

On August 14, 2014, U.S. Border Patrol Agents located and apprehended Israel SANTIAGO-Guzman. SANTIAGO-Guzman informed U.S. Border Patrol Agents that twelve undocumented aliens were being harbored in an abandoned agriculture building near County Road 10 and Farm to Market Road 490 in rural Willacy County. Based upon that information, HSI Harlingen Special Agents and U.S. Border Patrol Agents conducted a search near the aforementioned building which lead to the discovery of twelve undocumented aliens hiding in the brush. Agents interviewed the undocumented aliens revealing ECHEVARRIA-Zuniga, ECEVARRIA-Guizar and SANTIAGO-Guzman were involved in the transportation and harboring of the undocumented aliens. SANTIAGO-Guzman admitted he was a brush guide and that ECHEVARRIA-Zuniga and ECEVARRIA-Guizar were involved in the transportation and harboring of the twelve undocumented aliens.

☐ Continued on the attached sheet.

*Complainant's signature*

Luz A. Gonzalez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __August 15, 2014__

*Judge's signature*

City and state: Brownsville, Texas        Ignacio Torteya III   U.S. Magistrate Judge
                                          *Printed name and title*